Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





IN RE: MARY BIBEAU,


 Relator.
 §


 


§


 


§


 


§


 


§


 


 § 
 


No. 08-06-00118-CV



AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDUM OPINION


 Relator Mary Bibeau filed a petition seeking a writ of mandamus against the Honorable
Guadalupe Rivera, Judge of the 168th District Court of El Paso County, Texas. Relator and the Real
Party in Interest have since filed an agreed motion to dismiss the mandamus proceeding because they
have settled the underlying litigation, and therefore, the issue presented has become moot. We grant
the motion and dismiss the mandamus proceeding.


 KENNETH R. CARR, Justice

March 22, 2007


Before Chew, C.J., McClure, and Carr, JJ.